**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 19, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD75961        Preston K. Watts vs. State of Missouri
WD76936        James G. Davies vs. Beatrice W. Harris-Davies



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
WD76350        State of Missouri vs. Johnny Rucker